UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-026

No. 19-3872

In re: GIZELLA POZSGAI,
                      Petitioner

(Related to E.D. Pa. No. 2-88-cv-06545)

Present: MCKEE, SHWARTZ and PHIPPS, Circuit Judges

1. Petition by Petitioner for Writ of Mandamus.

                                  Respectfully,
                                  Clerk/pdb

_____ORDER_____

The foregoing Petition for Writ of Mandamus is denied.

                                  By the Court,

                                  s/ Theodore A. McKee
                                  Circuit Judge

Dated: February 7, 2020
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk