UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-597-3978

February 23, 2023

**NOTICE OF ZOOM HEARING ON MOTION FOR APPROVAL:**

RE:   88-6545, UNITED STATES OF AMERICA et al v. POZSGAI et al

Counsel,

Please be advised that the hearing on the government's Motion for Approval and Enter Proposed Consent Decree scheduled for March 15, 2023 at 10:30 AM will be held via Zoom. A link was e-mailed to counsel.

s/Joseph B. Walton
_____
Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF**