# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 88-6545 |
| v. | : | |
| GIZELLA POZSGAI, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this **23rd** day of **May, 2023**, it is **ORDERED** that:

- The United States' Motion to Enter Consent Decree (ECF No. 279) is **GRANTED**.

- The Proposed Consent Decree (ECF No. 277-1) is **APPROVED** and **ENTERED**.

*S/Anita B. Brody*
ANITA B. BRODY, J.

Copies **VIA ECF** on